396 A.2d 27

Commonwealth v. Hainey, Appellant.

Submitted December 6, 1977.   George B. Ditter, Assistant Public Defender, for appellant;  Eric J. Cox, Assistant District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 27

Commonwealth v. Hall, Appellant.

Submitted December 6, 1977.   Robert A. Newman, for appellant;  Michael R. Stiles, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.